## (V. D. 40)

### S. E. LASZLO v. UNITED STATES

Entry No. 73209, etc.

(Decided September 26, 1956)

*John D. Rode* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

WILSON, Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *S. E. Laszlo* v. *United States*, 35 Cust. Ct. 343, Abstract 59556. The judgment entered therein stated: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the value of the involved merchandise and that such values were as follows:

| Entry No. | Item | Binoculars | Case | Total |
| --- | --- | --- | --- | --- |
| 73209 | 7 x 35 | $9. 99 | $1. 00 | $10. 99 |
| " | 6 x 15 | 4. 67 | 0. 80 | 5. 47 |
| 107212 | 7 x 50 | 11. 40 | 1. 20 | 12. 60 |
| " | 7 x 15 | 4. 90 | 0. 80 | 5. 70 |
| " | 8 x 20 | 5. 15 | 1. 00 | 6. 15 |
| 100408 | 7 x 50 | 11. 40 | 1. 20 | 12. 60 |
| " | 7 x 35 | 9. 60 | 1. 00 | 10. 60 |
| " | 6 x 15 | 4. 40 | 0. 80 | 5. 20 |

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.